■ ABE SOLOMON v. GREATER NEW YORK ASSOCIATION, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANNA CLAINERT et al. v. JOEL GOTTSCHALL et al.— Motion to dismiss appeal as to the defendant-respondent Joel Gottschall granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANNA CLAINERT et al. v. JOEL GOTTSCHALL et al.— Motion to dismiss appeal as to the defendants-respondents Corroy Service Co., Inc., and Sidney Van Embden granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOSEPH SOLOWE v. KORDELL SPORTSWEAR, INC., et al.— Motion for a stay granted, on condition that the appeal is argued or submitted when reached during the October 1960 Term of this court. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. ALBERT HUDSON.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY B. ROTHBLATT, on Behalf of DAVID THOMAS against ANNA M. KROSS, as Commissioner of Correction of the City of New York.— Motion to dismiss appeal from order entered January 18, 1960 granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID THOMAS against ANNA M. KROSS, as Commissioner of Correction of the City of New York.— Motion to dismiss appeal from order entered November 18, 1959, granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT KIRK against HENRY J. NOBLE, as Warden.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ EDWARD TRAPP v. ARTHUR SCHEUFELE.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARGARET MIRCIK, as Administratrix, v. VAN NEST CONTRACTORS EQUIPMENT CORPORATION.— Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MARY A. DE SANTIS v. ANTHONY DE SANTIS.— Motion for a stay and for leave to prosecute appeals as a poor person granted only to the extent of permitting the appeals to be heard upon the original records, without printing the same, but upon printed appellant's points; the original records and appellant's printed points to be filed on or before October 6, 1960, with notice of argument for October 18, 1960, said appeals to be argued or submitted together when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JAMES A. BUCKLEY v. 2570 BROADWAY CORP. et al.— Motion by defendant-respondent-appellant to prosecute cross appeal on the original record filed by plaintiff-appellant granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ESLYN THREEWITTS et al. v. MANUEL A. ALMANZAR.— Motion for a stay granted, on condition that the appeal is argued or submitted on September 20, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Arbitration between FROMER FOODS, INC. and EDELSTEIN FOODS, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.